**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 235 EAL 2022

       Respondent                   :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

        v.                         :

                                           :

STEVE WOODEN,                        :

                                           :

        Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.